IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORENA PEREZ,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN L. QUALLS, ATLANTIC FREIGHT, INC., and KNIGHT SPECIALTY INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION FILE NO.: |

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW Defendants NORMAN L. QUALLS, ATLANTIC FREIGHT, INC., and KNIGHT SPECIALTY INSURANCE COMPANY, by and through counsel, and, without waiving any defenses as to process, service of process[1], jurisdiction or proper party, file this Notice of Removal as follows:

1.

Plaintiff LORENA PEREZ (hereinafter "Plaintiff") filed a civil action against Defendants in the State Court of Fulton County, State of Georgia, Civil Action File

---

[1] Defendant Norman L. Qualls has not yet been served, but contemporaneously files a Special Appearance by Way of Answer herewith.

No. 21EV002953 on May 20, 2021. A copy of the Complaint and all pleadings filed in the State Court action are attached hereto as Exhibit "A".

2.

Upon information and belief, Plaintiff is a citizen of the State of Georgia.

3.

Defendant Atlantic Freight, Inc. is a Florida corporation, which is both its state of incorporation and the state in which it maintains its principal place of business. 28 U.S.C. § 1332 (c) (1). Atlantic Freight, Inc.'s registered agent is Maksim Paly, who maintains his registered office at 233 Tresca Road, Jacksonville, FL 32225. Atlantic Freight, Inc.'s principal place of business is 233 Tresca Road, Jacksonville, FL 32225. *See* Florida Corporations Database printout attached as Exhibit "B". Accordingly, Atlantic Freight, Inc. is a citizen of the State of Florida.

5.

Knight Specialty Insurance Company is a foreign company organized under the laws of the State of Delaware, as shown by the entity's corporate registration with the Delaware Secretary of State's Office, a copy of which is attached hereto as Exhibit "C". Knight Specialty Insurance Company's principal place of business is 4751 Wilshire Blvd. #111, Los Angeles, CA 90010. Knight Specialty Insurance Company is therefore a citizen of the States of Delaware and California under the

United State Supreme Court's "nerve center" analysis.[2]

6.

Complete diversity of citizenship exists between Plaintiff and the Defendants for purposes of 28 U.S.C. § 1332 (c) (1).

7.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days of Defendant Atlantic Freight's receipt of service papers on May 21, 2021. This Notice of Removal is also timely because it is filed within thirty (30) days after receipt by a Defendant of a copy of the initial pleading setting forth the claim upon which this action is based. 28 U.S.C. § 1446 (b). The parties being fully diverse, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(1).

8.

In her Complaint, Plaintiff claims she "suffered severe and permanent injuries" as a result of the collision in the amount of $196,639.40 (See Complaint,

---

[2] To the best of these Defendants' information and belief, Defendant Knight Specialty Insurance Company has not yet been served, and has not yet retained defense counsel. Notwithstanding, this information is being provided for the purposes of showing complete diversity and the appropriateness of removal.

Exhibit "A", at ¶28). Accordingly, this Court's jurisdictional amount-in-controversy threshold of $75,000 has been satisfied.

9.

Defendants hereby give notice within thirty (30) days after service and receipt by Defendants of a copy of the Complaint filed in the State Court of Fulton County, State of Georgia, pursuant to 28 U.S.C. § 1446 and Rule 11 of the Federal Rules of Civil Procedure, of the removal of this action to this Court.

10.

Defendants have simultaneously filed a Notice of Filing Removal in the State Court of Fulton County, State of Georgia. A copy of the Notice of Filing Removal, exclusive of exhibits, being filed with the State Court of Cobb County is attached hereto as Exhibit "D".

11.

Good and sufficient defenses to Plaintiff's claims exist. *See* Defendants' Answer/Special Appearance Answer, filed as Exhibit "E" herewith.

12.

No previous application for the relief sought herein has been made to this or any other Court.

WHEREFORE, it is hereby requested that this Court grant the removal of this case to the United States District Court for the Northern District of Georgia, in which district this suit is pending.

Respectfully submitted this 16th day of June, 2021.

McMICKLE, KUREY & BRANCH, LLP

/s/ Zach M. Matthews
ZACH M. MATTHEWS
Georgia Bar No.: 211231
**Attorney for Defendants Atlantic Freight, Inc., and Knight Specialty Insurance Company**

217 Roswell Street, Suite 200
Alpharetta, Georgia 30009
Telephone:   (678) 824-7800
Facsimile:   (678) 824-7801
Email: zmatthews@mkblawfirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. This pleading has been prepared in Times New Roman font, 14 point.

*/s/ Zach M. Matthews*
ZACH M. MATTHEWS
For the Firm

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed **DEFENDANTS'**

**NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which

will automatically send email notification of such filing to the following attorneys

of record:

James Sackey
Monge & Associates
8205 Dunwoody Place, Building 19
Atlanta, GA 30350
***Attorneys for Plaintiff***

This 16th day of June 2021.

*/s/ Zach M. Matthews*
ZACH M. MATTHEWS
For the Firm